**STATE of Missouri, Respondent,**

v.

**Dewayne BARNES, Appellant.**

**No. ED 96806.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 11, 2012.

Andrew E. Zleit, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Timothy A. Blackwell, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

1. Unless otherwise indicated, all further statutory references are to RSMo 2000.

## ORDER

PER CURIAM.

The defendant, Dewayne Barnes, appeals the judgment entered upon a jury verdict finding him guilty of unlawful use of a weapon, Section 571.030 RSMo 2000; and possession of a defaced firearm, Section 571.050 RSMo 2000. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).